**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT INMAN,               )<br>                                            )<br>        Plaintiff,            )<br>    v.                          )<br>                                            )<br>SUNTRUST MORTGAGE, INC., MTC  )<br>FINANCIAL, INC. dba TRUSTEE   )<br>CORPS., and DOES 1-10 inclusive, )<br>                                            )<br>        Defendants.          )<br>_____) | 1:10-CV-1031  AWI GSA<br><br>ORDER VACATING<br>HEARING |

    Currently pending before this Court is Defendant Suntrust Mortgage's Rule 12(b)(6) motion to dismiss.  Hearing on this motion is set for August 2, 2010.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

    Accordingly, IT IS HEREBY ORDERED that the August 2, 2010, hearing on Defendant's motion is VACATED and that parties shall not appear on that date.  As of August 2, 2010, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 28, 2010                                                      _____
                                                                                           CHIEF UNITED STATES DISTRICT JUDGE