IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT INMAN,             )<br>                          )<br>   Plaintiff,           )<br>   v.                     )<br>                          )<br>SUNTRUST MORTGAGE, INC., MTC )<br>FINANCIAL, INC. dba TRUSTEE )<br>CORPS., and DOES 1-10 inclusive, )<br>                          )<br>   Defendants.          )<br>_____) | 1:10-CV-1031  AWI GSA<br><br>ORDER VACATING<br>HEARING |

Currently pending before this Court is Defendant MTC Financial, Inc.'s Rule 12(b)(6) motion to dismiss. Hearing on this motion is set for August 30, 2010. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than August 16, 2010. Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 230(c). Plaintiff is not entitled to be heard at oral argument in opposition to the motion. See id. The Court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(h).

Accordingly, IT IS HEREBY ORDERED that the August 30, 2010, hearing on Defendant's motion is VACATED and that the parties shall not appear on that date. As of August 30, 2010, the Court will take the matter under submission and thereafter issue a decision.

IT IS SO ORDERED.

Dated:   August 24, 2010                                    _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE